**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-23-50222-001-PHX-DJH |
| Plaintiff, | **ORDER** |
| v. | |
| Edward Stephen Nunez, | |
| Defendant. | |

     Defendant, Edward Nunez has filed a letter, which the Court construes as a Motion to Lift his Detainer (Doc. 4). The Government has filed a Response. (Doc. 5). The Court denies the Defendant's request.

     This Court accepted the transfer of Defendant Nunez' four-year supervised release term on November 20, 2023, from the Southern District of California. (Doc. 1). His supervised release term is set to expire on August 15, 2027. (Id. at 1). Apparently, while on supervised release, Defendant Nunez "picked up a state charge and got sentence[d] [sic] to 3 years." (Doc. 4 ). As a result of that arrest, his probation officer filed a petition alleging that he violated his supervised release conditions in this case, and this Court issued an arrest warrant and lodged a detainer to have Defendant Nunez address the alleged violations in this Court. Defendant Nunez asks this Court to "run my probation with my state so I can have this detainer lifted" and "please come pick me up so we can get this [taken] care of now to see if I can come home early." (Doc. 4).

As the Government points out, it is not constitutionally required to writ a defendant out of state custody to bring him into federal custody while he is serving a state sentence. *See United States v. Garrett*, 253 F.3d 443, 449 (9th Cir. 2001). So, if a federal detainer is pending, the federal government is within its discretion to wait until the Defendant is released from state custody to execute on that federal detainer. *Id*. In this case, it appears that the Government has not yet executed a writ so there is nothing for the Court to further consider. Accordingly,

**IT IS ORDERED** denying Defendant's Motion to Lift his Detainer (Doc. 4).

Dated this 30th day of December, 2024.

_____
Honorable Diane J. Humetewa
United States District Judge

- 2 -